```
1  Marc Andrews (SBN 075704)
   OFFICE OF THE GENERAL COUNSEL
2  WELLS FARGO & COMPANY
   21680 Gateway Center Drive, Suite 280
3  Diamond Bar, California 91765-2435
   Telephone No. (626) 965-9465
4  Facsimile No. (909) 861-9253
   (WFB 173201018-12248/SM)
5
6  Attorneys for Wells Fargo Bank, National Association
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | ) | Bk. No. 6:10-bk-10829-MJ |
|---|---|---|
| JAMES RUSSELL NICKERSON and LINDA LOU NICKERSON, | ) ) ) | Chapter 13 |
| Debtors. | ) ) ) | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |
| | ) ) ) ) ) | Date: [No Hearing Required]<br>Time:<br>Ctrm: |

NOTICE IS HEREBY GIVEN that the undersigned on behalf of Wells Fargo Bank, National Association ("Wells Fargo"), a creditor and party-in-interest in the above-captioned bankruptcy case, hereby files a notice of appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and requests that the Office of the General Counsel of Wells Fargo & Company be added to the master mailing list.

This Notice of Appearance is without prejudice to any rights, remedies and claims against other entities or any objections that may be made to the jurisdiction of this Court or venue of this case, and shall

-1-

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

1  not be deemed or construed to be a waiver of rights (1) to have final orders in non-core matters entered

2  only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in this case,

3  or in any controversy or proceeding related to this case, (3) to have the district court withdraw the

4  reference in any matter subject to mandatory or discretionary withdrawal, or (4) with respect to any other

5  rights, claims, actions, defenses, setoffs or recoupments that may be available in law or in equity, all of

6  which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

7  Dated: January 25, 2010                    OFFICE OF THE GENERAL COUNSEL
                                               WELLS FARGO & COMPANY
8

9

10                                             By  /S/ Marc Andrews
                                                        Marc Andrews
11                                                Attorneys for Wells Fargo Bank, National Association

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21680 Gateway Center Drive, Suite 280, Diamond Bar, CA 91765-2435**

A true and correct copy of the foregoing document described **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 25, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
Julie Philippi on behalf of debtors, juliephilippi@aol.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 25, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| James Russell Nickerson<br>Linda Lou Nickerson<br>15890 Wyandot Road<br>Apple Valley, CA 92307 | Rod (MJ) Danielson<br>4361 Latham Street #270<br>Riverside, CA 92501 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 25, 2010 | SHELLY MORALES | /S/ Shelly Morales |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE