**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**BANKRUPTCY MINUTES - GENERAL**



FILED
FEB 22, 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

ADV. NO.  RS
CASE NO.  RS10-10829 MJ                      DATE FEB 22, 2010                      **34**

TITLE: JAMES & LINDA  NICKERSON

DOCKET ENTRY:    MOTION TO VALUE REAL PROPERTY AND EXTINGUISH LIEN OF SECOND TRUST DEED HOLDER STATE FARM BANK

MTN FLD. 1-25-10

PRESENT:
    HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

PROCEEDINGS:    OFF CALENDAR - GRANTED ON THE TENTATIVE

( ) **ORDER TO FOLLOW**      ( ) **TO BE LODGED**      ( ) **NO LODGEMENT NECESSARY**

( ) **WALK THROUGH**      ( ) **CLERK'S ORDER VAN 153**      ( ) CHAMBER'S ORDER
                              **[CHAPTER 13'S ONLY]**