UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA



CHAPTER 13 CONFIRMATION HEARING MINUTES                                  128

CASE NO. RS10-10829 MJ                     DATE  FEB 22, 2010

TITLE  JAMES & LINDA NICKERSON

HON. Meredith A. Jury, Bankruptcy Judge

PRESENT:

_____, for Rod Danielson, Trustee

_____, for Debtor

_____, for _____

DOCKET ENTRY:   PLAN NOT CONFIRMED

ON MOTION OF: ( ) Court    ( ) Stip.    ( ) Trustee    ( ) Debtor
    ( ) Off Calendar            ( ) Case converted to Chapter _____

    ( ) Hearing continued to _____ at _____ __ m.

    ( ) Case dismissed; _____ Without Prejudice  _____ Under § 109(g)

[ ]  **CLERKS BNC ORDER DISMISSING  ON**_____
[ ]  **New case may be filed before dismissal is entered.**

   NOTES:

DOCKET ENTRY:   PLAN CONFIRMED

   ✓   Plan confirmed per trustee's recommendation.
                                                           Granted
    ( ) § 522(f)(2) Motion to Avoid Lien of _____ Denied
    ( ) Objection to plan:    Withdrawn  /  Sustained  /  Overruled

    ( ) Interlineations:              | Basic Plan Provisions:
        ___ Base Plan                 |
        ___ Disposable Income Lang. #___ | % to be Paid _____ %
        ___ Annual ___ Semi-annual Review |
        ___ Payment of Allowed Claims Only | Plan Duration _____ mos
        ___ Atty. Fees @ $_____ per month |
        ___ Tax Refunds to Trustee when Rec'd | Mo.Paym't. $ _____/mo
        ___ Copies of Tax Returns to Trustee
        ___ Debtor may not incur any debt over $250 w/o order (expt. med.)

13CONF1